IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00117-BNB

BRANDY DAVIS,

Petitioner,

v.

PEOPLE OF THE STATE OF COLORADO,

Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 12 2009

GREGORY C. LANGHAM
CLERK

ORDER DISMISSING CASE

Petitioner Brandy Davis, a State of Colorado prisoner, who currently is incarcerated at the Denver Women's Correctional Facility in Denver, Colorado, submitted to the Court a pleading titled, "Petition for Time of Filing to be Tolled, on January 14, 2009. Magistrate Judge Boyd N. Boland entered an Order on January 22, 2009, construing the Petition as an attempt to file a 28 U.S.C. § 2254 action and instructing Ms. Davis to file her claims on a Court-approved form and to either pay the $5.00 filing fee or submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant o 28 U.S.C. § 1915 in a Habeas Corpus Action. On February 5, 2009, Ms. Davis filed a pleading titled, "Dismiss Without Prejudice." In the pleading, Ms. Davis states that she seeks a voluntary dismissal because she has a Colo. R. Crim. P. 35(a) postconviction motion pending in state court, and she will refile a § 2254 action in this Court once she has exhausted all state court remedies.

Fed. R. Civ. P. 41(a)(1) provides that "the [applicant] may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . . ." No answer or motion for summary judgment has been filed by Respondent in this action. Further, a voluntary dismissal under Rule 41(a)(1) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2$^d$ ed. 1995); ***Hyde Constr. Co. v. Koehring Co.***, 388 F.2d 501, 507 (10th Cir. 1968). The Notice, therefore, closes the file as of February 5, 2009. ***See Hyde Constr. Co.***, 388 F.2d at 507. Accordingly, it is

ORDERED that the action is dismissed pursuant to Fed. R. Civ. P. 41(a)(1). It is

FURTHER ORDERED that the voluntary dismissal is without prejudice and is effective as of February 5, 2009, the date Applicant filed the Notice in this action.

DATED at Denver, Colorado, this 11 day of Feb., 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00117-BNB

Brandy Davis
Reg No. 99062
Denver Women's Corr. Facility
PO Box 392005
Unit 3D
Denver, CO  80239

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 2/12/09

GREGORY C. LANGHAM, CLERK

By: _____
    Deputy Clerk